















```
TKL    3/6/02    13:26
3:76-CR-00183    USA V. FREE
*1*
*CRDOGR.*
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
02 FEB 19 AM 9:16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FROM: SENIOR U.S. DISTRICT JUDGE HOWARD B. TURRENTINE

CASE NO: _____ CASE TITLE: _USA v. Free_

DOCUMENT ENTITLED: _Motion f/ Writ of Error Coram Nobis_

FILED BY: _Paul Free_   DATE RECEIVED: _2/14/02_

Upon the submission of the attached document(s), the following discrepancies are noted:

| Local Rule | Discrepancy |
|---|---|
| ☐ 5.1.j.5 | Missing time and date on motion and/or supporting documentation. |
| ☐ 5.3.c | Document illegible or submitted on thermal facsimile paper. |
| ☐ 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules. |
| ☐ 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document. |
| ☐ 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions. |
| ☐ 7.1.h | Missing table of contents. |
| ☐ 15.1 | Amended pleading not complete in itself. |
| ☐ 30.1 | Deposition not accepted absent a court order. |
| ☐ | Default Judgment in sum certain includes calculated interest. |
| ☒ 83.9 | "Except as otherwise provided by law, attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, or otherwise communicating with the judge unless opposing counsel is present. All matters to be called to a judge's attention should be formally submitted. . . . Except as authorized by the judge, attorneys [or parties] shall not send copies to the judge of letters sent to others." |
| ☐ | OTHER: |

### ORDER OF THE U.S. DISTRICT JUDGE

**IT IS HEREBY ORDERED.**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is **NOT** to be filed, but instead **REJECTED** and it is **ORDERED** that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 1.3.

DATED: _____

CHAMBERS OF SENIOR U.S. DISTRICT JUDGE
HOWARD B. TURRENTINE

By: _[signature]_

cc: All Parties