















JOEH   5/8/02   9:14

3:76-CR-00183   USA V. FREE

*5*

*CRO.*

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. 76-CR-0183-T

12                                  Plaintiff,    **ORDER DENYING MOTION FOR**
                          vs.                     **WRIT OF ERROR CORAM**
13                                                **NOBIS/AUDITA QUERELA TO**
                                                  **VACATE AND EXPUNGE**
14   PAUL EDWIN FREE,                             **CONVICTION, REMAND FOR**
                                                  **RESENTENCING OR**
15                                  Defendant.    **EVIDENTIARY HEARING**

16

17        On February 19, 2002, the defendant Paul Edwin Free filed with the Court a motion for writ

18   of error coram nobis/audita querela and motion to strike.  The Government has filed its answer to

19   defendant's pleading, and the defendant and replied to the government's answer.

20        The Court has reviewed the documents filed by the parties and makes the following finding:

21        1.    The defendant has shown no excuse for challenging the 26-year-old conviction.

22        2.    The defendant has failed to show that counsel was ineffective.

23        3.    The writ of audita querela is abolished by Rule 60(b) of the Federal Procedures and

24   Rules.

25        The Court hereby DENIES defendant's motions, and his petition is hereby dismissed.

26   DATED: May 7 , 2002

27

28                                               _____
                                                 HOWARD B. TURRENTINE
                                                 Senior United States District Judge

                                                                          76-CR-0183-T