















APA    8/5/02    14:20
3:76-CR-00183   USA V. FREE
*6*
*CRAPP.*

Paul Edwin Free
#42235-198
U.S. Penitentiary
P.O. Box 7000
Florence, CO. 81226
Petitioner, pro se

FILED
MY 20 2002
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 76-CR-0183-T |
| V. | ) | Notice of Appeal |
| | ) | |
| PAUL EDWIN FREE | ) | |
| Defendant | ) | |

### NOTICE OF APPEAL

COMES NOW PAUL EDWIN FREE, Defendant-Petitioner herein who makes this Notice of Appeal of this Court's Order Denying Motion for the Writ of Error Coram Nobis entered May 07, 2002.

Respectfully submitted under penalty of perjury and signed this 15th day of May in the year 2002.

Petitioner's signature: _____
Paul E. Free



FILED

02 MAY -7 PM 1:54

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PAUL EDWIN FREE,<br><br>　　　　　　Defendant. | CASE NO. 76-CR-0183-T<br><br>ORDER DENYING MOTION FOR WRIT OF ERROR CORAM NOBIS/AUDITA QUERELA TO VACATE AND EXPUNGE CONVICTION, REMAND FOR RESENTENCING OR EVIDENTIARY HEARING |
|---|---|

On February 19, 2002, the defendant Paul Edwin Free filed with the Court a motion for writ of error coram nobis/audita querela and motion to strike. The Government has filed its answer to defendant's pleading, and the defendant and replied to the government's answer.

The Court has reviewed the documents filed by the parties and makes the following finding:

1. The defendant has shown no excuse for challenging the 26-year-old conviction.

2. The defendant has failed to show that counsel was ineffective.

3. The writ of audita querela is abolished by Rule 60(b) of the Federal Procedures and Rules.

The Court hereby DENIES defendant's motions, and his petition is hereby dismissed.

DATED: May 7, 2002

　　　　　　　　　　　　　　　　　　　　　　　HOWARD B. TURRENTINE
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

76-CR-0183-T

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:
      USDC No:    76cr183-T
                  USA v. Free

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | |
|---|---|---|---|---|
| X | Copy of the Notice of Appeal | X | | Docket Entries |
| X | Case Information/Docket Fee Payment Notification Form | | | |
| X | Order for Time Schedule (Criminal) | | | |
| | Original Clerk's Record in | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | set(s) of | | volume(s). |
| | Exhibits in | envelope(s) | box(es) | folders(s) |
| X | Judgement Order | | | F/P Order |
| | CJA Form 20 | | | Minute Order |
| | Certificate of Record | | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | | |
| | COA Order | | | |
| | Amended docket fee notification form | | | |
| | Order Appointing Counsel for Appeal | | | |
| X | Please acknowledge on the enclosed copy of this transmittal | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 8/5/02              By: **A. McDANIEL**
                              A. McDaniel, **Deputy**

****We are trying to locate the actual file. I have enclosed a copy of the hard docket from when this case was originally opened. Once the file is located, I will forward the remaining information.****

```
                                                      TERMED APPEAL
                   U.S. District Court
            Southern District of California (San Diego)

          CRIMINAL DOCKET FOR CASE #: 76-CR-183-ALL

USA v. Free                                      Filed: 02/25/76
Dkt# in other court: None

Case Assigned to:  Judge Howard B. Turrentine

PAUL EDWIN FREE (1)                Paul Edwin Free
    defendant                         [term  06/21/76]
 [term  06/21/76]                   42235-198
                                    [COR LD NTC] [PRO SE]
                                    US Penitentiary
                                    PO Box 7000
                                    Florence, CO 81226


Pending Counts:                    Disposition

18:924(c) - possess of a
firearm during the commission
of a  felony.
(2)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints:

   NONE



U. S. Attorneys:

   U S Attorney CR
   (619)557-5917
   [COR LD NTC]
   U S Attorneys Office Southern
   District of California
   Criminal Division
   880 Front Street
   Room 6293
   San Diego, CA 92101
   (619)557-5610

Docket as of August 5, 2002 2:26 pm                 Page 1
```

```
Proceedings include all events.                                TERMED APPEAL
3:76cr183-ALL USA v. Free
```

| Date | # | Entry |
|---|---|---|
| 2/25/76 | -- | INDICTMENT by USA .  Counts filed against Paul Edwin Free (1) count(s) 2 .  Any XT1 excludable that extends beyond the indictment date is terminated at the point of indictment. (tkl) [Entry date 03/06/02] |
| 2/19/02 | 1 | DISCREPANCY ORDER by Judge Howard B. Turrentine  accepting document: motion for writ of error coram nobis from defendant Paul Edwin Free , non-compliance with local rule 83.9 document is to be filed nunc pro tunc to the date received (tkl) [Entry date 03/06/02] |
| 2/19/02 | 2 | Motion for writ of Error Coram Nobis/Audita Querela to vacate and expunge conviction, remand for resentencing or evidentiary hrg or such relief as this ct deems appropriate  by Paul Edwin Free; NUNC PRO TUNC 1/14/02. (tkl) [Entry date 03/06/02] |
| 4/19/02 | 3 | RESPONSE by plaintiff USA  to motion for writ of Error Coram Nobis/Audita Querela to vacate and expunge conviction, remand for resentencing or evidentiary hrg or such relief as this ct deems appropriate [2-1] (joeh) [Entry date 04/22/02] |
| 5/7/02 | 4 | RESPONSE by defendant Paul Edwin Free to govt's response to the motion for writ of Error Coram Nobis/Audita Querela to vacate and expunge conviction, remand for resentencing or evidentiary hrg or such relief as this ct deems appropriate [3-1] (joeh) [Entry date 05/08/02] |
| 5/7/02 | 5 | ORDER by Judge Howard B. Turrentine as to defendant Paul Edwin Free denying motion for writ of Error Coram Nobis/Audita Querela to vacate and expunge conviction, remand for resentencing or evidentiary hrg or such relief as this ct deems appropriate [2-1] (joeh) [Entry date 05/08/02] |
| 5/20/02 | 6 | Notice of Appeal by defendant Paul Edwin Free  from Dist. Court decision  Entered on 5/7/02  Receipt No/Amt of Fee: Not Paid [5-1] (apa) [Entry date 08/05/02] |
| 8/5/02 | 7 | Order for time schedule on appeal filed by defendant Paul Edwin Free [6-1] on 5/20/02. (cc: all parties and ct reporter) (apa) [Entry date 08/05/02] |
| 8/5/02 | -- | Notice of Appeal sent to Circuit Court [6-1] (apa) [Entry date 08/05/02] |

| | | |
|---|---|---|
| Minor Offense ☐ | MAGISTRATE 7405 | T/N JOHNSON, DENNIS | 25 02 76 0183 3 |
| Other Misdemeanor ☐ | 974 3 District Office Disp./Sentence | defendant | No. Defdnts |

**I. CHARGES**

| U.S. CODE SECTION | OFFENSES | COUNTS | MAGR. CASE NO. ▶ 76-0283M |
|---|---|---|---|
| 21:846 | Consp to possess (Marihuana I) | 1 | BAIL • RELEASE |
| 21:841(a)(1) | Possess w/int to dist (Marihuana I) | 1 | ☐ ☐ Personal Recog. |
| | SUPERSEDING INFORMATION | | Denied ☐ Unsecured Bond |
| 21:844 | Poss of a contr. subs. | 1 | AMT ☐ Conditional Release |
| | | | Set (000) ☒ 10% Deposit |
| | | | $ 10 ☒ Surety Bond |
| | | | 2 date 6 ☐ Collateral |
| | | | ☐ Bail Not Made ☐ 3rd Party Custody |
| | | | ☐ Bail Status Changed ☐ PSA |
| | | | (See Docket) |

**ATTORNEYS**

U.S. Attorney or Asst.: TERRY J. KNOEPP

Defense: ☐ CJA, ☒ Ret; ☐ Waived, ☐ Self, ☐ None, ☐ Other, ☐ PO, ☐ CD
Thomas W. Humpherys

**II. KEY INTERVALS & DATES**

| ARREST | ▶ 1 | INDICTMENT ☒ | ▶ 2 | ARRAIGNMENT | ▶ 3 | TRIAL | ▶ 4 | SENTENCE |
|---|---|---|---|---|---|---|---|---|
| 2-5-76 or U.S. Custody Began on Above Charges | ☐ High Risk Defn. & Date Design'd | Information ☐ 2-25-76 Waived ☐ Superseding ☐ Indict/Info ☒ 4/21/76 | | 2-26-76 1st Plea 2-26-76 Final Plea 4/21/76 | | Trial Set For Voir Dire ☐ Trial Began ☐ J ☐ N Trial Ended ☒ Not Guilty ☐ Nolo ☐ Guilty ☐ Not Guilty ☐ Nolo ☒ Guilty | | Disposition 4/21/76 6/21/76 ☒ Convicted ☐ On All Charges ☐ Acquitted ☒ On Lesser Offense(s) ☐ Dismissed: ☐ WOP; ☐ WP* ☐ Nolled/Discontinued* |
| ☐ Prosecution Deferred | | | | | | | | |

**III. MAGISTRATE**

| Search Warrant | Issued | DATE | INITIAL/No. | INITIAL APPEARANCE 2-6-76 | INITIAL/No. 740A | OUTCOME |
|---|---|---|---|---|---|---|
| | Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled 2-12-76 Date Held | ☐ Dismissed ☐ Exonerated ☒ Held for District GJ BOND ☐ To Transferee District ☐ Held to Answer to U.S. District Court AT: |
| Summons | Issued | | | ☐ Waived ☒ Intervening Indictment ☐ Not Waived | | |
| | Served | | | | | |
| Arrest Warrant | | | | | | Bond return 2-13-76 Magistrate's Initials ▶ JEH |
| COMPLAINT ▶ | | 2-6-76 | 740A | Tape No. | INITIAL/No. | |

OFFENSE (In Complaint): 21:841 (a)(1) Poss with intent to distr. 18:924(c) Use of a firearm to commit a felony.

* Show last names and suffix numbers of other defendants on same indictment/information
#1 FREE #2 SHAW

| DATE | PROCEEDINGS | V. Excludable Delay |
|---|---|---|
| | | (a) (b) (c) (d) |
| 2-6-76 | Fld complt Deft arr Ent ord P.E. cont 2-12-76 @9:00am Bail $20,000 C/S. Deft commit. G.J. proceed ord recorded. Defense mot to dism case ad to deft for lack of probable cause denied by court. (Harris) | b |
| 2-11-76 | Ent ord Bail mod to a $10,000 P/S with sign of 2 employed persons. cc: to U.S. Atty office. (Harris) | |
| 2-12-76 | Ent ord P.E. cont to 2-26-76 @9:00am per stip. (Harris) | |
| 2-13-76 | Fld $10,000 P/S bond posted 2-7-76 + signs. (Harris) | |
| 2-25-76 | Ent ord and fil ind JTS Bond fixed at $ 10,000 (PS) (SURTY)(CASH) | |
| 2-26-76 | Deft States T/N to be Dennis Johnson; Arr T/N & plea NG; Ent ord assgd to Judge Turrentine; substitute bond to be filed, showing defts true name, on mot of USA; O.H set for 3-4-76@9a.m. (Harris) | |
| 3-4-76 | O.H. - Ent ord O. form fld; assgd to JUDGE TURRENTINE for mots & JTS on 3-8-76@9a.m.; substitute bond fld as to Deft previous bond posted ordered exon by the Court (Harris) | |
| 3-5-76 | Fld $10,000P/S bond posted 2-27-76 (Harris) | |
| 3-8-76 | Ent ord cont to 3-22-76 @ 2pm. for hrg mots. (T) | |
| 4-5-76 | Ent ord hrg mots cont to 4-19-76@2p.m. (T) | |
| 4-8-76 | Fld. joinder in mtns. of Co-Defendant Edwin Free. Mtn. ntc. for April 19, 1976 @ 2:00. | |

OPPOSITE THE APPLICABLE DOCKET ENTRIES IN SECTION IV SHOW, IN SECTION V, ANY OCCURRENCE OF EXCLUDABLE DELAY PER 18 USC §3161(h) – "SPEEDY TRIAL ACT".

| DATE | | EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 4-14-76 | Fld. by pltfs. response and opposition to mtn. to reveal Informant and to suppress evidence t/w affid. of serv. | | | | |
| 4-19-76 | Ent. ord-Fld. exhibits;Sworn wits. Mot. to reveal informant and suppress evidence submitted. Jury trial cont.to 4-21-76 @ 9am. (T) | | | | |
| 4-21-76 | Fld. Superseding Info. Deft. Arrg., T/N Dennis Lee Johnson. Cont. to 6-21-76 for dispo of indictment & Ref. to P/O for I/R and sent. on info. (T) | | | | |
| 6-21-76 | Ent. ord. Judgment-Commtd. to custody A.G. for impr. one yr.. On mot. U.S. Atty. underlying indictment dismissed. Bond exonerated. (T)   JS-3 | | | | |
| | Fld. judgment issd. cpys. (Ent. 6-22-76) (T) | | | | |
| JUL 2 - 1976 | Jd Judgment, retd executed | | | | |
| 7-19-76 | Fld. Noticeof mot. and mot. to modify sent t/w affid. in support of mot. Ntc. for 8-23-76 @ 2pm. | | | | |
| 8-23-76 | Ent Ord - Mot to Mod Sent - DENIED. (T) | | | | |
| 9-29-76 | Fld. order appointing counsel- Fed. Defs. apptd. to rep. deft. on mot. to modify sent. (T) | | | | |
| 10-18-76 | Fld. deft. notice of mot. andmot. to modify sent. t/w affid. of serv. Ntc. for 11-8-76 @ 2pm. (T) | | | | |
| 10-28-76 | Fld. deft. memorandum in support of mot. to mod. sent. t/w affid. of serv. | | | | |
| 11-15-76 | Ent. ord. hrg. mot. to modify sent. cont. to 11-22-76 @ 2pm. (T) | | | | |
| 11-22-76 | Ent. ord  hrg. mot. to modify sent. denied. (T) | | | | |

LETTER CODES
For identifying Periods of Excludable Delay Per 18 U.S.C. 3161(h)

A. Examination or hearing for mental or physical incapacity (18 U.S.C. 4244).
B. Narcotic Examination (28 U.S.C. 2902).
C. State or Federal trials on other charges.
D. Interlocutory Appeals.
E. Hearings on pretrial motions.
F. Transfers from other districts (per F.R.Cr.P. Rules 20, 21 & 40).
G. Defendant Motion is actually under advisement  Period of up to days is applicable.
H. Miscellaneous Proceedings: Probation or Parole revocation, Deportation, Extradition.
I. Prosecution deferred by mutual agreement.
M. Unavailability of defendant or essential witness.
N. Period of mental or physical incompetence of defendant to stand trial.
O. Period of NARA Commitment or Treatment.
P. Superseding Indictment and/or new charges.
R. Defendant awaiting trial of Co-defendant when no severance has been granted.
T. Continuances per (8) of  Jury of complexity of case outweighs defendants' interests).
U. Time between guilty plea and plea withdrawal.
V. Time while moving prisoner from state institutions per transfer/ detainer procedure.
W. Delay Involved per 3161 (b).
Y. Any delay excluded by court order for reasons not included above.

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 08/5/02
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:   USA v. Free

U.S.D.C. No.:   76cr183-T          U.S.D.C. Judge:   Howard B. Turrentine

Complaint/Indictment/Petition Filed:   Complaint

Appealed Order Entered:   5/7/02

Notice of Appeal Filed:   5/20/02

Court Reporter:   Joanne Miller

COA Status:   [ ] Granted in full/part (appeal only)     [ ] Denied (send clerk's file)

## Docket Fee Notification
Docket Fee:   [ ] Paid    [X] Not Paid    [ ] No Fee Required

USA/GOVT. APPEAL:   [ ] Yes   [X] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?   [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable)  _____

## Counsel Information

**Appellant Counsel:**                          **Appellee Counsel:**

Paul Free                                       US Attorney

PO Box 7000                                     880 Front Street, Room 6293
Florence, CO 81226                              San Diego, CA 92101

                                                (619)557-5610

Counsel Status:   [ ] Retained    [ ] Appointed    [X] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number:   42235-198
Bail:   No Bail
Custody:   Federal

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| X | Transmittal of U.S.C.A. (Appellant and Appellee) |
| X | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| X | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| X | Docket Entries (Appellant and Appellee) |
| X | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| X | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| . | COA Order |
| | F/P Order |
| | Minute Order |
| X | Other: |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

A. McDaniel                                              *A. McDANIEL*

Deputy's Name                                            Deputy's Signature