USDC SCAN INDEX SHEET
Case 3:76-cr-00183-LAB   Document 9   Filed 08/30/02   Page 1 of 2










```
APA    8/30/02   14:50
3:76-CR-00183  USA V. FREE
*9*
*CRTNORD.*
```

# UNITED STATES DISTRICT COURT

FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. <u>02-50411</u>  U.S. District Court Case No. <u>76cr-183-T</u>
(Include defendant # in Criminal Cases)

Short Case Title <u>USA v. Free</u>
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court <u>May 20, 2002</u>

FILED
AUG 30 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 6-21-76 | Joanne Miller | Voir Dire |
| 7-2-76 | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered <u>Aug 22, 2002</u>

Type or Print Name <u>Paul Edwin Free (pro se)</u>

Signature of Attorney _____  Phone Number _____

Address: _____

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)