Case 3:76-cr-00183-LAB   Document 11   Filed 02/20/04   Page 1 of 2
USDC SCAN INDEX SHEET

















APB    2/20/04    9:13
3:76-CR-00183    USA V. FREE
*11*
*CRMO.*

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| USA | vs | Paul Free | No. | 76cr183T |
|---|---|---|---|---|
| Hon. N/A | Deputy Clerk N/A | Court Reporter | | N/A |

By order of the court, this case is to be reassigned to another District Court Judge.

Assigned to:   Honorable Larry A. Burns

New Case #:   76cr0183LAB

**Please forward judge's court file to new assigned judge.**

Date:   February 20, 2004            Deputy:

cc: dep

11 apb