USDC SCAN INDEX SHEET

















APB   2/23/04   10:22

3:76-CR-00183   USA V. FREE

*12*

*CRNTCMAN.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2004 FEB 20  PM 12: 39

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                          DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAUL FREE,

Defendant.

CASE NO. 76CR0183-LAB
USCA NO. 02-50411

NOTICE OF HEARING

Please take notice that the above-entitled cause has been set for HEARING on petition requisite to filing certified copy of judgment from U.S. Court of Appeals_AFFIRMED_ the decision of U.S. District Court, Southern District of California at_10:15AM_ on _MARCH 15, 2004_, at courtroom _9_, U.S. District Court, 940 Front Street, San Diego, California.

The Court informs the parties that the spreading of the mandate upon the minutes of the district court record is a ministerial task in which the appellate court's decision is filed and the case is returned to the jurisdiction of the district court. If this Court's decision has been affirmed and no additional proceedings in this court are necessary, the parties are not required to attend the hearing. If this Court's decision has been reversed, however, the parties shall attend the hearing and should be prepared to discuss the status of the litigation and their suggestions on how to proceed.

W. SAMUEL HAMRICK, JR., CLERK
by
Deputy

cc: chpm / hmkk

12