








```
APB     3/16/04    9:14
3:76-CR-00183    USA V. FREE
*13*
*CRMANHRG.*
```



# Minutes of the United States District Court
## Southern District of California
### Monday, March 15, 2004

1976CR00183-LAB

**For the Honorable:** Larry Alan Burns   District Judge

**Deputy Clerk:** Bernadette Borja   **Court Reporter/ECR:** Eva Oemick

**On Calendar:**

1976CR00183-LAB

USA vs.                                          Lang Booking #
 (1)PAUL EDWIN FREE (R)
                                                  (1) Paul Edwin Free  PRO SE
                                                  Melanie K. Pierson  AUSA
                                                  619 557-5610

**APPEAL MANDATE HRG (1)**

**Minutes:**

PAUL EDWIN FREE NOT APPEARING

APPEAL MANDATE HEARING HELD
CERTIFIED COPY OF JUDGMENT FROM USCA AFFIRMING - ORDERED FILED & ENTERED

Printed:   03/15/2004  3:14 pm                  13 apb                          Page 1 of 1