USDC SCAN INDEX SHEET










APB    3/16/04    9:15

3:76-CR-00183   USA V. FREE

*14*

*CRAPPJGM.*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 02-50411
CT/AG#: CR-76-00183-1-HBT LAB

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PAUL FREE

    Defendant - Appellant



FILED

MAR 15 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPU.

--------------------

APPEAL FROM the United States District Court for the Southern District of California (San Diego).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Southern District of California (San Diego) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered September 16, 2003.

14



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST:

FEB 13 2004

by: _____
Deputy Clerk

ENTERED ON 3/16/04

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

FEB 0 5 2004

CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>PAUL FREE,<br><br>Defendant-Appellant. | No. 02-50411<br><br>D.C. No. CR-76-00183-1-HBT<br>Southern California<br>(San Diego)<br><br>ORDER |

Before:   PREGERSON, THOMAS and PAEZ, Circuit Judges

The panel has voted to deny appellant's motion for rehearing and suggestion for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The motion for rehearing and suggestion for rehearing en banc are denied. No further filings shall be accepted in this closed appeal.

C:\Documents and Settings\TinaP\Local Settings\Temp\notesFFF692\02-50411.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 3 2004

by _____
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

SEP 16 2003

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 02-50411 |
| --- | --- |
| Plaintiff-Appellee, | D.C. No. CR-76-00183-1-HBT |
| v. | MEMORANDUM* |
| PAUL FREE, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Howard B. Turrentine, District Judge, Presiding

Submitted September 8, 2002**

Before: PREGERSON, THOMAS and PAEZ, Circuit Judges.

Paul Free appeals, pro se, the district court's denial of his petition for writ of error coram nobis challenging his 1976 conviction for possession of marijuana with intent to distribute, in violation of 21 USC § 841(a)(1). We have jurisdiction

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

pursuant to 28 U.S.C. § 1291, and we affirm.

Free contends the district court erred in denying his petition for writ of error coram nobis because he had valid reasons for not previously attacking his sentence. We review for an abuse of discretion the district court's denial of his petition on the basis of laches. *Telink, Inc. v. United States*, 24 F.3d 42, 47 (9th Cir. 1994). Upon review of the record, and accepting the facts stated by Free as true; we conclude that Free's approximately 26-year delay was unreasonable, and that the government would be sufficiently prejudiced by the delay. *See id.* at 48. Accordingly, we find no abuse of discretion in the district court's denial of Free's petition for writ of error coram nobis, nor in its decision not to hold an evidentiary hearing.

**AFFIRMED.**

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 1 3 2004
by: Deputy Clerk

MOATT INVATT
                                                                    i

INTERNAL USE ONLY: Proceedings include all events.
02-50411 USA v. Free

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | U.S. Attorney<br>619/557-5695<br>Rm 6293<br>[COR LD NTC aus]<br>Roger W. Haines, Jr., AUSA<br>619-557-5610<br>[LD NTC aus]<br>USSD - OFFICE OF THE U.S.<br>ATTORNEY<br>880 Front St.<br>San Diego, CA 92101 |
| v. | |
| PAUL FREE<br>    Defendant - Appellant | Paul Free<br>#42235-198<br>[NTC prs]<br>U.S. PENITENTIARY - ATWATER<br>P.O. Box 019001<br>Atwater, CA 95301 |